IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 1:11-cv-23603-Ungaro

ARRIVALSTAR S.A. and MELVINO
TECHNOLOGIES LIMITED,

           Plaintiffs,

vs.

JNEH, LLC, d/b/a FREIGHTCO
LOGISTICS, f/k/a CRUISE LOGISTICS,
LLC, d/b/a FREIGHTCO LOGISTICS,

           Defendant.
_____/

**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs ArrivalStar S.A. and Melvino Technologies Limited, hereby notify this Court and all parties that they voluntarily dismiss, **with prejudice**, all claims in this action against Defendant, JNEH, LLC, d/b/a FreightCo Logistics, f/ka/a Cruise Logistics, LLC, d/b/a FreightCo Logistics, with all parties to bear their own costs and attorneys' fees.

Dated: December 15, 2011.

                                                                  Respectfully submitted,

                                                                  /s/ William R. McMahon
                                                                  William R. McMahon, Esquire
                                                                  Florida Bar Number: 39044
                                                                  McMahon Law Firm, LLC
                                                                  11435 West Palmetto Park Road
                                                                  Suite E
                                                                  Boca Raton, Florida 33428
                                                                  Telephone: 561-218-4300
                                                                  Facsimile: 561-807-5900
                                                                  E-Mail: bill@mlfllc.com
                                                                  **Attorney for Plaintiffs**